B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kenmore Realty Group LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3928370** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6011 N. Kenmore**<br>**Chicago, IL**<br>ZIP Code **60660** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kenmore Realty Group LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Kenmore Realty Group LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**December 20, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Junkovic**
Signature of Authorized Individual

**Joseph Junkovic**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**December 20, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kenmore Realty Group LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Burr Pest Control Services**<br>1649 Charles Street<br>Rockford, IL 61104 | **Burr Pest Control Services**<br>1649 Charles Street<br>Rockford, IL 61104 | | | 3,200.00 |
| **Carpet Showcase & Supplies**<br>4420 S. Tripp Ave.<br>Chicago, IL 60632 | **Carpet Showcase & Supplies**<br>4420 S. Tripp Ave.<br>Chicago, IL 60632 | | | 22,327.73 |
| **Certified Window Company**<br>2840 N. Central Park Ave.<br>Chicago, IL 60618 | **Certified Window Company**<br>2840 N. Central Park Ave.<br>Chicago, IL 60618 | | | 70,000.00 |
| **Chicago Title Land Trust Company**<br>4240 Paysphere Circle<br>Chicago, IL 60674-0042 | **Chicago Title Land Trust Company**<br>4240 Paysphere Circle<br>Chicago, IL 60674-0042 | | | 2,835.00 |
| **City of DeKalb**<br>200 South Fourth Street<br>DeKalb, IL 60115 | **City of DeKalb**<br>200 South Fourth Street<br>DeKalb, IL 60115 | | | 25,153.06 |
| **Coinmac Susan Kalman**<br>PO Box 27288<br>New York, NY 10087-7288 | **Coinmac Susan Kalman**<br>PO Box 27288<br>New York, NY 10087-7288 | | | 1,950.00 |
| **ComEd**<br>Bill Payment Center<br>Chicago, IL 60668-0001 | **ComEd**<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | | 5,613.26 |
| **Delano's Home Decorating**<br>233 North Fourth Street<br>DeKalb, IL 60115 | **Delano's Home Decorating**<br>233 North Fourth Street<br>DeKalb, IL 60115 | | | 719.72 |
| **Direct Energy Services, LLC**<br>PO Box 1659<br>New York, NY 10008-1659 | **Direct Energy Services, LLC**<br>PO Box 1659<br>New York, NY 10008-1659 | | | 20,862.10 |
| **E&E Lawn Care**<br>1673 Maness Court<br>Sycamore, IL 60178 | **E&E Lawn Care**<br>1673 Maness Court<br>Sycamore, IL 60178 | | | 875.00 |
| **Illustratus**<br>8455 Lenexa Drive<br>Lenexa, KS 66214 | **Illustratus**<br>8455 Lenexa Drive<br>Lenexa, KS 66214 | | | 1,014.50 |

B4 (Official Form 4) (12/07) - Cont.

In re **Kenmore Realty Group LLC** Case No. ____
　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Miller Shakman & Beem<br>180 North LaSalle St.<br>Suite 3600<br>Chicago, IL 60601 | Miller Shakman & Beem<br>180 North LaSalle St.<br>Suite 3600<br>Chicago, IL 60601 | | | 1,000.00 |
| Nicor Gas<br>PO Box 632<br>Aurora, IL 60507-0632 | Nicor Gas<br>PO Box 632<br>Aurora, IL 60507-0632 | | | 20,191.46 |
| Raincoat Roofing Systems, Inc.<br>1750 W. Parkes Drive<br>Broadview, IL 60155 | Raincoat Roofing Systems, Inc.<br>1750 W. Parkes Drive<br>Broadview, IL 60155 | | | 2,610.00 |
| Sanford Kahn, Ltd.<br>180 North LaSalle St.<br>Suite 1300<br>Chicago, IL 60601 | Sanford Kahn, Ltd.<br>180 North LaSalle St.<br>Suite 1300<br>Chicago, IL 60601 | | | 724.00 |
| Schmidt, Salzman<br>111 W. Washinton<br>Suite 1300<br>Chicago, IL 60602-2785 | Schmidt, Salzman<br>111 W. Washinton<br>Suite 1300<br>Chicago, IL 60602-2785 | | | 19,923.00 |
| Soto Carpet<br>14630 S. Palmer Ave.<br>Posen, IL 60469 | Soto Carpet<br>14630 S. Palmer Ave.<br>Posen, IL 60469 | | | 2,500.00 |
| The Sherwin Williams Co.<br>771 E. California Street<br>Dolton, IL 60419-2217 | The Sherwin Williams Co.<br>771 E. California Street<br>Dolton, IL 60419-2217 | | | 3,041.06 |
| Village of Merrionette Park<br>11720 S. Kedzi Ave.<br>Merrionette Park, IL 60803 | Village of Merrionette Park<br>11720 S. Kedzi Ave.<br>Merrionette Park, IL 60803 | | | 53,463.24 |
| Waste Management<br>Billing Department<br>PO Box 4648<br>Carol Stream, IL 60197-4648 | Waste Management<br>Billing Department<br>PO Box 4648<br>Carol Stream, IL 60197-4648 | | | 3,915.02 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 20, 2010**　　　　Signature **/s/ Joseph Junkovic**
　　　　　　　　　　　　　　　　　　　　　**Joseph Junkovic**
　　　　　　　　　　　　　　　　　　　　　**Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kenmore Realty Group LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **49**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **December 20, 2010**

**/s/ Joseph Junkovic**  
**Joseph Junkovic**/**Manager**  
Signer/Title

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Illustratus
8455 Lenexa Drive
Lenexa, KS 66214

Bank of America
Capital Markets Servicing Group
900 W. Trade Street
Charlotte, NC 28255

Critter Control of
Northern Illinois
16362 Tower Rd
Malta, IL 60150

Job 1 Fire
Protection Services Inc
13432 S. Kolmar Ave
Crestwood, IL 60445

Burr Pest Control Services
1649 Charles Street
Rockford, IL 61104

Delano's Home Decorating
233 North Fourth Street
DeKalb, IL 60115

JP Morgan Chase Bank
Royal Ridge Operations Center
14800 Frye Road
Fort Worth, TX 76155

Carpet Showcase & Supplies
4420 S. Tripp Ave.
Chicago, IL 60632

Deluxe Business
Checks & Solutions
PO Box 88042
Chicago, IL 60680-1042

Kenmore Realty Group
PO Box 597948
Chicago, IL 60659

Certified Window Company
2840 N. Central Park Ave.
Chicago, IL 60618

Direct Energy Services, LLC
PO Box 1659
New York, NY 10008-1659

LNR Partners Inc
c/o Ms. Vickie Taylor
1601 Washignton Ave., Suite 700
Miami Beach, FL 33139

Chicago Title Land
Trust Company
4240 Paysphere Circle
Chicago, IL 60674-0042

Don's Sewer Service Inc
PO Box 687
Worth, IL 60482

M&R Landscaping Inc.
3704 W. 121st Place
Alsip, IL 60803

City of DeKalb
200 South Fourth Street
DeKalb, IL 60115

E&E Lawn Care
1673 Maness Court
Sycamore, IL 60178

Miller Shakman & Beem
180 North LaSalle St.
Suite 3600
Chicago, IL 60601

Coinmac Susan Kalman
PO Box 27288
New York, NY 10087-7288

Gordan Hardware Inc.
514 E. Lincoln Hwy.
DeKalb, IL 60115

MMA of Chicago
PO Box 350113
Westminster, CO 80035-0113

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Harris Bank
50 N. Brockway Street
Second Floor
Palatine, IL 60067

Mokena Corp
4127 W. 127th St.
Alsip, IL 60803

Connected Computer Services
333 W. North
Suite 143
Chicago, IL 60610

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Mokena Corp
4127 W. 127th Street
Alsip, IL 60803

Monitronics Interna
8628 Innovation Way
Chicago, IL 60682-0086

Somerset Park Apartments
4127 W. 127th Street
Alsip, IL 60803

Mt. Greenwood Hardware
3124 W. 111th Street
Chicago, IL 60655

Somerset Park II
3048 W. 119th Street
Merrionette Park, IL 60803

Nicor Gas
PO Box 632
Aurora, IL 60507-0632

Soto Carpet
14630 S. Palmer Ave.
Posen, IL 60469

Peach Tree
PO Box 13290
Atlanta, GA 30324

Superior Properties
PO Box 597948
Chicago, IL 60659

Proprint
PO Box 420247
Atlanta, GA 30342

Tel Assist
6417 W. 8th Street
Suite 3
Oak Lawn, IL 60453

Raincoat Roofing Systems, Inc.
1750 W. Parkes Drive
Broadview, IL 60155

The Alps Group
25634 S. Kinsington Lane
Monee, IL 60449

Sanford Kahn, Ltd.
180 North LaSalle St.
Suite 1300
Chicago, IL 60601

The Sherwin Williams Co.
771 E. California Street
Dolton, IL 60419-2217

Schmidt, Salzman
111 W. Washinton
Suite 1300
Chicago, IL 60602-2785

Village of Merrionette Park
11720 S. Kedzi Ave.
Merrionette Park, IL 60803

Screening Reports
729 N. Route
#321
Bensenville, IL 60106

Waste Management
Billing Department
PO Box 4648
Carol Stream, IL 60197-4648

Service Master
4414 W. Roosevelt Rd.
Hillside, IL 60162

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Kenmore Realty Group LLC**                             Case No.
                              Debtor(s)                          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kenmore Realty Group LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 20, 2010** | **/s/ DAVID K. WELCH** |
| Date | **DAVID K. WELCH** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Kenmore Realty Group LLC** |
| | **Crane, Heyman, Simon, Welch & Clar** |
| | **Suite 3705** |
| | **135 South LaSalle Street** |
| | **Chicago, IL 60603-4297** |
| | **312-641-6777  Fax:312-641-7114** |