IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-55868 |
| Kenmore Realty Group, LLC, an ) | Chapter 11 |
| Illinois limited liability company, ) | Judge Eugene R. Wedoff |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 2nd day of May, 2012 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION FOR AUTHORITY TO MAKE FINAL DISTRIBUTION OF NET PROCEEDS FROM SALE OF COLLEGE SQUARE**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 24th day of April, 2012.

/s/David K. Welch

# SERVICE LIST
*All Served via first class U.S. Mail*

United States Trustee
Dirksen Federal Building
219 S. Dearborn St., Suite 873
Chicago, IL 60604

Scott C. Frost
L. Judson Todhunter
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

Vincent A. Lavieri
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604

Gregg Szilagyi
Tailwind Services LLC
One South Wacker Drive, #800
Chicago, IL 60606

Timothy S. McFadden
Barnes & Thornburg, LLP
One North Wacker drive, Suite 4400
Chicago, IL 60606

Colleen E. McManus
Carlson Dash LLC
216 S. Jefferson, Suite 504
Chicago, IL 60661

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Bank of America
Capital Markets Servicing  Grp
900 W. Trade Street
Charlotte, NC 28255

Burr Pest Control Services
1649 Charles Street
Rockford, IL 61104

Carpet Showcase & Supplies
4420 S. Tripp Ave.
Chicago, IL 60632

Certified Window Company
2840 N. Central Park Ave.
Chicago, IL 60618

Chicago Title Land
Trust Company
4240 Paysphere Circle
Chicago, IL 60674-0042

City of DeKalb
200 South Fourth Street
DeKalb, IL 60115

Coinmac Susan Kalman
PO Box 27288
New York, NY 10087-7288

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Connected Computer Services
333 W. North
Suite 143
Chicago, IL 60610

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Critter Control of
Northern Illinois
16362 Tower Rd
Malta, IL 60150

DeKalb County Treasurer
110 E. Sycamore
Sycamore, IL 60178

Delano's Home Decorating
233 North Fourth Street
DeKalb, IL 60115

Deluxe Business
Checks & Solutions
PO Box 88042
Chicago, IL 60680-1042

Direct Energy Services, LLC
PO Box 1659
New York, NY 10008-1659

Don's Sewer Service Inc
PO Box 687
Worth, IL 60482

E&E Lawn Care
1673 Maness Court
Sycamore, IL 60178

Gordan Hardware Inc.
514 E. Lincoln Hwy.
DeKalb, IL 60115

Harris Bank
50 N. Brockway Street, 2nd Fl.
Palatine, IL 60067

Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Illustratus
8455 Lenexa Drive
Lenexa, KS 66214

Job 1 Fire
Protection Services Inc
13432 S. Kolmar Ave
Crestwood, IL 60445

JP Morgan Chase Bank
Royal Ridge Operations Center
14800 Frye Road
Fort Worth, TX 76155

Kenmore Realty Group
PO Box 597948
Chicago, IL 60659

LNR Partners Inc
c/o Ms. Vickie Taylor
1601 Washignton Ave., # 700
Miami Beach, FL 33139

M&R Landscaping Inc.
3704 W. 121st Place
Alsip, IL 60803

Miller Shakman & Beem
180 North LaSalle St.
Suite 3600
Chicago, IL 60601

MMA of Chicago
PO Box 350113
Westminster, CO 80035-0113

Mokena Corp
4127 W. 127th St.
Alsip, IL 60803

Monitronics Interna
8628 Innovation Way
Chicago, IL 60682-0086

Mt. Greenwood Hardware
3124 W. 111th Street
Chicago, IL 60655

Nicor Gas
PO Box 632
Aurora, IL 60507-0632

Peach Tree
PO Box 13290
Atlanta, GA 30324

Proprint
PO Box 420247
Atlanta, GA 30342

Raincoat Roofing Systems, Inc.
1750 W. Parkes Drive
Broadview, IL 60155
Attn: Scott Savage

Sanford Kahn, Ltd.
180 North LaSalle St.
Suite 1300
Chicago, IL 60601

Satish Kumar Penmetsa
c/o Lynn M. Richards
PO Box 19
DeKalb, IL 60115

Schmidt, Salzman
111 W. Washinton
Suite 1300
Chicago, IL 60602-2785

Screening Reports
729 N. Route
#321
Bensenville, IL 60106

Service Master
4414 W. Roosevelt Rd.
Hillside, IL 60162

Somerset Park Apartments
4127 W. 127th Street
Alsip, IL 60803

Somerset Park II
3048 W. 119th Street
Merrionette Park, IL 60803

Soto Carpet
14630 S. Palmer Ave.
Posen, IL 60469

Superior Properties
PO Box 597948
Chicago, IL 60659

Tel Assist
6417 W. 8th Street
Suite 3
Oak Lawn, IL 60453

The Alps Group
25634 S. Kinsington Lane
Monee, IL 60449

The Sherwin Williams Co.
771 E. California Street
Dolton, IL 60419-2217

Village of Merrionette Park
11720 S. Kedzie Ave.
Merrionette Park, IL 60803

Waste Management
Billing Department
PO Box 4648
Carol Stream, IL 60197-4648

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-55868 |
| Kenmore Realty Group, LLC, an ) | Chapter 11 |
| Illinois limited liability company, ) | Judge Eugene R. Wedoff |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**MOTION FOR AUTHORITY TO MAKE FINAL DISTRIBUTION OF NET
PROCEEDS FROM SALE OF COLLEGE SQUARE**

Kenmore Realty Group, LLC, an Illinois limited liability company, Debtor/Debtor-in-Possession herein, by and through its Attorneys, makes its Motion For Authority To Make Final Distribution of Net Proceeds From Sale Of College Square; and in support thereof, states as follows:

**Introduction**

1. On December 20, 2011, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating its business and managing its financial affairs as Debtor in Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this Chapter 11 case.

3. By this Motion, the Debtor requests that this Court enter an Order authorizing the Debtor to make a final distribution of the net proceeds realized from the auction sale of the property commonly known as "College Square Apartments" ("College Square") to Harris Bank, N.A. ("Harris Bank") and Raincoat Roofing Systems, Inc.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections

1

157 and 1334.

5.     This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A), (M), (N) and (O).

6.     The statutory predicates for the relief requested in the Motion are Section 363 of the Bankruptcy Code and Rules 6004 and 9014 of the Federal Rules of Bankruptcy Procedure.

**Relevant Background**

7.     This Chapter 11 case is related to the following eight (8) other Chapter 11 cases which are pending in this Court:[1]

| **DEBTOR** | **CASE NUMBER** | **FILING DATE** |
|---|---|---|
| Joseph Junkovic | 10-55888 | 12/20/10 |
| Tom Junkovic | 10-55896 | 12/20/10 |
| Maria Junkovic | 10-55902 | 12/20/10 |
| MFJT, LLC | 11-11819 | 3/22/11 |
| Mokena Corp. | 11-11820 | 3/22/11 |
| Garden APTS., LLC | 11-19271 | 5/5/11 |
| Midwestern Equities, LLC | 11-19283 | 5/5/11 |
| Indiana Equity Investments, LLC ("Indiana Equity") | 11-19277 | 5/5/11 |

8.     College Square is located in DeKalb, Illinois and is comprised of 163 units that primarily serve as off-campus rental housing for students at Northern Illinois University. The Debtor is an entity owned and controlled by Joseph Junkovic, Tom

---

[1] The eight (8) other debtors in the related Chapter 11 cases are referred to in this Motion as the "Related Entities."

Junkovic and Maria Junkovic, and may also have an interest in College Square.[2]

9.  The contemplated exit strategy from this Chapter 11 case as well as from the Chapter 11 cases of the Related Entities (except for Indiana Equity) will be pursuant to a Plan of Reorganization ("Plan") that involves a substantive consolidation of most of the related Chapter 11 cases.

**College Square**

10.  As of the Petition Date, Harris Bank was the holder of a first mortgage against College Square that secured a senior mortgage indebtedness in an amount in excess of $7,200,000.00.

11.  Prior to the filing of this Chapter 11 case, Harris Bank commenced a mortgage foreclosure action against the Debtor and the other co-owners of College Square in the Circuit Court for the 16th Judicial Circuit, DeKalb County, Illinois ("Foreclosure Case").

12.  Harris Bank obtained an Order in the Foreclosure Case directing the appointment of a Receiver for College Square.

13.  After the filing of this Chapter 11 case and with the agreement of the Debtor, this Court entered an Agreed Order excusing the Receiver from his obligation to turn over College Square to the Debtor as required by Section 543 of the Bankruptcy Code.

14.  Through the closing of the auction sale of College Square, the Receiver remained in possession and control of College Square.

---

[2] Similar Motions are also being filed in the related Chapter 11 cases of Joseph Junkovic, Tom Junkovic and Maria Junkovic.

**The Auction Sale of College Square**

15. On August 8, 2011, this Court entered an Order approving certain procedures relating to an auction of College Square ("Procedures Order").

16. Pursuant to the Procedures Order, the Debtor conducted an auction of College Square on September 19, 2011. At the conclusion of the auction, Granite Investment Properties, Inc. ("Granite") was the successful bidder for College Square for the all cash sum of $5,650,000.00.

17. Thereafter, on September 20, 2011, this Court entered an Order approving the sale of College Square to Granite free and clear of any and all liens, claims and encumbrances with liens, claims and encumbrances to attach to the proceeds of sale ("Sale Order").

18. The sale of College Square to Granite closed on October 13, 2011. After payment of closing costs and other permitted charges, the Debtor received $5,318,610.13 in net proceeds from the sale of College Square ("Net Proceeds").

19. The Debtor deposited the Net Proceeds into an interest-bearing account at The Private Bank.

20. The Sale Order also provides that the Net Proceeds shall only be distributed pursuant to further Order of this Court.

21. Raincoat Roofing Systems, Inc., formerly the holder of a mechanic's lien claim against College Square, which lien attached to the Net Proceeds, is willing to compromise its claim against the Net Proceeds for the sum of $1,000.00, as described in the letter dated March 2, 2012 attached hereto as Exhibit A and incorporated by reference herein. Harris Bank has consented to payment of said $1,000.00 sum and

asserts that the balance of the Net Proceeds should be turned over to the Bank.

**Final Distribution of Net Proceeds**

22.Pursuant to various Orders of this Court, the Debtor has made certain distributions of Net Proceeds to the holders of secured claims. As of April 24, 2012 there are $77,424.27 in Net Proceeds remaining on deposit.

23.By this Motion, the Debtor proposes to make a final distribution of the balance of the Net Proceeds as follows: $1,000.00 to Raincoat Roofing Systems, Inc. and the balance to Harris Bank.

WHEREFORE, Kenmore Realty Group, LLC, an Illinois limited liability company, Debtor and Debtor-in-Possession herein, requests the entry of an Order authorizing a final distribution of Net Proceeds to Raincoat Roofing Systems, Inc. in the amount of $1,000.00 and the balance to Harris Bank, and granting such other relief as may be just and appropriate.

Kenmore Realty Group, LLC, an Illinois limited
liability company, Debtor/Debtor-in-Possession

By: /s/David K. Welch
One of its Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch (Atty. No. 06183621)
Arthur G. Simon (Atty. No. 03124481)
Jeffrey C. Dan (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 - FAX: (312) 641-7114
W:\GRACE\Kenmore Realty\Auth Dist Final Proceeds From College Square Sale.MOT.wpd

5